## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CLAIRE J. LEE,

        Plaintiff,                       Civil No. 15-3801 (JRT/KMM)

v.

REGIONS HOSPITAL, HEALTH           **ORDER ON REPORT**
PARTNERS INC., and PARK NICOLLET    **AND RECOMMENDATION**
CLINICS,

        Defendants.

    Claire J. Lee, 10101 Lyndale Avenue South, Apt. 219, Bloomington, MN 55420, *pro se* plaintiff.

    Carolin J. Nearing, Monica Detert, **LARSON KING, LLP,** 2800 Wells Fargo, 30 East Seventh Street, St. Paul, MN 55101, counsel for defendants.

    A Report and Recommendation was filed by Magistrate Judge Katherine Menendez on February 12, 2018. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (Docket No. 30) is **GRANTED**. This matter is **DISMISSED WITH PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 27, 2018              s/John R. Tunheim
at Minneapolis, Minnesota            JOHN R. TUNHEIM
                                                    Chief Judge
                                                    United States District Court