# UNITED STATES DISTRICT COURT
## District of Minnesota

Claire J. Lee

                Plaintiff,

v.

Regions Hospital, Health Partners Inc., Park Nicollet Clinics,

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  15-cv-3801 (JRT/KMM)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' Motion for Summary Judgment (Docket No. 30) is GRANTED. This matter is DISMISSED WITH PREJUDICE.

Date: 3/1/2018

KATE M. FOGARTY, CLERK

*s/K. Krulas*

(By)                K. Krulas , Deputy Clerk